AO 10
Rev. 1/2009

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial) <br><br> Tacha, Deanell R. | 2. Court or Organization <br><br> United States Court of Appeals Tenth Circuit | 3. Date of Report <br><br> May 12, 2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Circuit Judge (Active) | 5a. Report Type (check appropriate type) <br><br> ☐ Nomination. Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 6. Reporting Period <br><br> 01/01/08 to 12/31/08 |
| 7. Chambers or Office Address <br><br> 643 Massachusetts St., Suite 301 Lawrence, KS 66044-2292 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2009 MAY 18 P 12: 41
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Tacha_Deanell_R**

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. See Attachment #2 | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. See Attachment #2 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attachment #3 | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See Attachment #4 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See Attachment #5 | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**ATTACHMENT 1**

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2009

## I. POSITIONS.

| Position | Name of Organization/Entity |
|---|---|
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, President through June of 2008 | American Inns of Court |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.    May 12, 2009

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
| A. Filer's Non-Investment Income. | | |
| 11/21-11/22/08 | Duke University School of Law, teaching fee | $4,320.00 |
| B. Spouse's Non-Investment Income. | | |
| 2008 | Bureau of Lectures and Concert Artists | Salary |

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| National Moot Court<br>Competition<br>New York, NY<br>January 31-February 1, 2008 | Air fare, ground transportation,<br>lodging and meals |
| Moritz College of Law<br>Jurist-in-Residence<br>Columbus, OH<br>February 25-29, 2008 | Air fare, ground transportation<br>and meals |
| National Mentoring Conference<br>University of South Carolina<br>School of Law<br>Columbia, SC<br>March 27-28, 2008 | Air fare, ground transportation<br>and meals |
| Villanova School of Law<br>Moot Court Competition<br>Villanova, PA<br>March 28-29, 2008 | Air fare, ground transportation,<br>lodging and meals |
| Texas Tech Law School<br>Federalist Society<br>Lubbock, TX<br>April 2-3, 2008 | Air fare, ground transportation,<br>lodging and meals |
| Stanford Law School<br>Moot Court Competition<br>Stanford, CA<br>April 14-15, 2008 | Air fare, ground transportation,<br>and meals |
| American Inns of Court<br>3rd Circuit Professionalism Award<br>Cambridge, MD<br>April 28-29, 2008 | Air fare, ground transportation,<br>lodging and meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2009

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| American Inns of Court<br>Board Meeting<br>Fort Worth, TX  –<br>May 16-18, 2008 | Air fare, ground transportation, and meals |
| National Association of Women Judges<br>Annual Chief Justices Luncheon<br>Washington, D.C.<br>June 25, 2008 | Air fare |
| Conference of National Association<br> of Appellate Court Attorneys<br>Justice-in-Residence<br>Portland, OR<br>July 1-6, 2008 | Air fare, ground transportation, lodging and meals |
| American Inns of Court<br>9th Circuit Professionalism Award<br>Sun Valley, ID<br>July 27-29, 2008 | Air fare, ground transportation, lodging and meals |
| ABA John Marshall Award<br> Presentation<br>New York, NY<br>August 8-9, 2008 | Air fare and ground transportation |
| American Inns of Court<br>2nd Circuit Professionalism Award<br>New York, NY<br>September 24-25, 2008 | Air fare, ground transportation, and meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May12 , 2009

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| University National Bank | Business Loan | L |
| Sallie Mae | Student Loans | L |
| Emprise Bank | Real Estate Loan | M |

*Value Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2009

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| 1   Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2   Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3   TIAA Retirement Fund | D | Div. | K | W | | | | | |
| 4   Trust – Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5   Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6   Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7   Bureau of Lectures & Concert Artists (sole stockholder) | A-except salary | Int. | M | U | | | | | |
| 8   Reece Family, L.C. | | None | M | U | | | | | |
| 9   Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10  Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| 11  Real Estate Hays, Ellis County, KS | | None | | | Sold | 01/08 | L | | Curtis & Gina Wellbrock and Chris & Laura Wellbrock |
| 12  MSDW International Value Equity Fund IRA | | None | J | T | Buy Buy Buy | 7/02/08 7/22/08 12/23/08 | J J J | | |
| 13  MSIF Mid Cap Growth IRA | | None | J | T | | | | | |
| 14  MSIF US Small Cap VLU IRA | | None | J | T | Buy Buy Buy | 7/02/08 7/22/08 12/19/08 | J J J | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12 , 2009

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code 2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 15  MSDW Equally Weighted S&P 500 IRA | | None | J | T | Buy Buy Buy | 7/02/08 7/22/08 12/15/08 | J J J | | |
| 16  MSDW S&P 500 Index IRA | | None | K | T | | | | | |
| 17  MSDW Mid Cap Value IRA | | None | J | T | | | | | |
| 18  Van Kampen Comstock IRA | | None | K | T | Buy Buy Buy Part.Sale Buy | 3/12/08 6/11/08 7/02/08 7/18/08 7/22/08 | K K K K K | A | Dean Witter |
| 19  MSIF (US) Core Fixed Inc IRA | | None | J | T | Buy Buy Buy Buy Part.Sale Buy | 4/02/08 7/02/08 7/22/08 10/02/08 10/17/08 12/19/08 | J J J J J J | A | Dean Witter |
| 20  MSIF Active Intern'l Alloc. IRA | | None | J | T | Part.Sale Buy Buy Buy Buy | 4/18/08 7/02/08 7/03/08 7/22/08 12/19/08 | J J J J J | A | Dean Witter |
| 21  MSIF US Real Estate Portfolio IRA | | None | J | T | Buy Buy Buy | 7/22/08 10/02/08 12/19/08 | J J J | | |
| 22  MS Focus Growth Fund | | None | J | T | Part.Sale Buy | 1/17/08 7/22/08 | J J | A | Dean Witter |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G= $100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,00 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |